| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF PENNSYLVANIA** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys for Secured Creditor<br>**Nationstar Mortgage LLC D/B/A Mr. Cooper**<br><br>Kevin Buttery, Esq. (NJ-3800) | CASE NO.: 18-16251-mdc<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Victor M. Sosa,**<br><br>    **Debtor.** | |

## <u>OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN</u>

Nationstar Mortgage LLC D/B/A Mr. Cooper ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 2), and states as follows:

1. Debtor, Victor M. Sosa ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 20, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 6 N Adams Ave, Margate City, NJ 08402-1092, by virtue of a Mortgage recorded on July 30, 2013 at Instrument No. 2013047561 of the Public Records of Atlantic County, NJ. Said Mortgage secures a Note in the amount of $116,680.00.

3. The Debtor filed a Chapter 13 Plan on September 20, 2018.

4. The Plan provides unclear treatment of Secured Creditor's claim. The Plan proposes to maintain mortgage payments and cure the default on Debtor's pre-petition arrears. However, the Plan also evidences an intent to sale the property. Secured Creditor objection to the Plan and seeks clarification of treatment.

5. The Plan fails to mention the total amount of arrears owed. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $918.95.

Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $918.95 as the pre-petition arrearage over the life of the plan.

6. Thus far, any potential sale of the real property has not been offered or approved. In the event that the real property is sold, the proceeds of the sale should be utilized to satisfy Secured Creditor's claim. Secured Creditor objects to any plan that fails to provide the aforementioned stipulation.

7. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Citron, LLC
> Attorney for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone Number 973-575-0707
>
> By: /s/Kevin Buttery
> Kevin Buttery, Esquire
> NJ Bar Number NJ-3800
> Email: kbuttery@rascrane.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF PENNSYLVANIA** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys for Secured Creditor<br>**Nationstar Mortgage LLC D/B/A Mr. Cooper**<br><br>Kevin Buttery, Esq. (NJ-3800) | CASE NO.: 18-16251-mdc<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Victor M. Sosa,**<br><br>     **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Kevin Buttery, represent Nationstar Mortgage LLC D/B/A Mr. Cooper in this matter.

2. On 11/9/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

11/9/2018

        RAS Citron, LLC
        Attorney for Secured Creditor
        130 Clinton Road, Suite 202
        Fairfield, NJ 07004
        Telephone Number 973-575-0707
        By: /s/Kevin Buttery
        Kevin Buttery, Esquire
        NJ Bar Number NJ-3800
        Email: kbuttery@rascrane.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Victor M. Sosa<br>2121 Brandywine Street<br>Philadelphia, PA 19130 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107 | U. S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |