UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: VICTOR M. SOSA | : | CHAPTER 13 |
| Debtor | : | CASE NO. 18-16251 |
| | : | |

# CERTIFICATE OF SERVICE

I, Peter E. Meltzer, hereby certify that on the below date, the foregoing ***Objection of OneMain Financial Group, LLC as Servicer for OneMain Financial Issuance Trust 2017-1 to Debtors' Chapter 13 Plan*** was served via United States mail, First class, postage prepaid, on the following:

Victor M. Sosa
2121 Brandywine Street
Philadelphia, PA 19130

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Trustee
WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Date:  December 4, 2018        BY:  /s/Peter E. Meltzer
_____
Peter E. Meltzer
Attorney for OneMain Financial Group, LLC, et al.