# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| VICTOR M. SOSA : | BK. No. 18-16251 MDC |
| Debtor : | |
| : | Chapter No. 13 |
| SANTANDER BANK, N.A. : | |
| Movant : | |
| v. : | |
| VICTOR M. SOSA : | |
| DEANNA DIMEMMO-SOSA (Non-Filing Co-Debtor) : | |
| Respondents : | |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending a true and correct copy of the Objection of **SANTANDER BANK, N.A.**, to Debtor's Chapter 13 Plan pursuant to the above-captioned bankruptcy case by electronic means on December 5, 2018.

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

DEANNA DIMEMMO-SOSA
2121 BRANDYWINE STREET
PHILADELPHIA, PA 19130

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

VICTOR M. SOSA
2121 BRANDYWINE STREET
PHILADELPHIA, PA 19130

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

Respectfully submitted,

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

December 5, 2018